Cameron-Hawn Realty Company, Respondent, v. The City of Albany, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., and Sewell, J., dissenting.

Minnie F. Carleton, Respondent, v. The United Gas, Electric Light and Fuel Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Joseph Frenche, Appellant, v. International Paper Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kellogg and Betts, JJ., dissenting.

James Green and Others, Appellants, v. Charles F. W. Horn, Respondent. — Judgment unanimously affirmed, with costs.

Henry C. Grieme Company, Respondent, v. Raymond M. Booth and Massachusetts Bonding and Insurance Company, Appellants.— Judgment unanimously affirmed, with costs.